IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW | CASE NO. 4:19-CV-13 |
| | JUDGE BENITA Y. PEARSON |
| Plaintiff, | |
| v. | |
| GENERAL MOTORS, LLC, | |
| Defendant. | |

UNOPPOSED MOTION TO CHANGE TIME OF CASE MANAGEMENT CONFERENCE

Now comes plaintiff International Union, United Automobile, Aerospace, & Agricultural Implement Workers of America – UAW, by and through counsel, and moves this Court for an order changing the time of the Case Management Conference scheduled for March 8, 2019 from 9:00 a.m. to 11:00 a.m.

Undersigned counsel will be arriving in Cleveland late on March 7 on an international flight which was scheduled prior to the scheduling of the Case Management Conference.

Undersigned counsel has conferred with defense counsel regarding this issue and defendant does not oppose changing the time of the Case Management Conference to 11:00 a.m.

Accordingly, plaintiff respectfully requests that the Court issue an order changing the time of the March 8, 2019 Case Management Conference to 11:00 a.m.

Respectfully submitted,

/s/ Joyce Goldstein
Joyce Goldstein (OH #0029467)
*jgoldstein@ggcounsel.com*
Richard L. Stoper, Jr. (OH #0015208)
*rstoper@ggcounsel.com*
**GOLDSTEIN GRAGEL LLC**
1111 Superior Avenue East, Suite 620
Cleveland, OH 44114
(216) 771-6633

Jeffrey D. Sodko (*admitted pro hac vice*)
*jsodko@uaw.net*
William J. Karges (*admitted pro hac vice*)
*wkarges@uaw.net*
**UAW LEGAL DEPARTMENT**
8000 East Jefferson Avenue
Detroit, MI 48214
(313) 926-5216

An Attorney for Plaintiff International Union United Automobile, Aerospace & Agricultural Implement Workers of America – UAW

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will transmit notice of such filing to all counsel of record.

    /s/ Joyce Goldstein
JOYCE GOLDSTEIN

An Attorney for Plaintiff International Union
United Automobile, Aerospace & Agricultural
Implement Workers of America – UAW